IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER B. SCOTT,

   Plaintiff,

     v.

THOMAS E. BROWN,
et al,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV- 1811-TWT

# ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing the action as to the Defendants Ellis, K-9, and DeKalb County. The Report and Recommendation recommends dismissing the official capacity claims against the remaining Defendants and that the excessive force claims proceed against the remaining Defendants individually. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as to the Defendants Ellis, K-9, and DeKalb County.

SO ORDERED, this 16 day of February, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge