IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER B. SCOTT,

   Plaintiff,

    v.

THOMAS E. BROWN,
et al,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV- 1811-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 40]. It appears that the Plaintiff has been released from the DeKalb County Jail. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 40] is GRANTED.

SO ORDERED, this 15 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Scott\11cv1811\r&r2.wpd